|  |  |
|---|---|
| 1<br>2<br>3<br>4 | PHILLIP A. TALBERT<br>United States Attorney<br>JUSTIN L. LEE<br>Assistant United States Attorney<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814<br>Telephone: (916) 554-2700 |
| 5<br>6 | Attorneys for Plaintiff<br>United States of America |

**FILED**
Mar 24, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR A SEARCH WARRANT FOR:<br><br>Google Account<br>californiariverrepair@gmail.com | CASE NO. 2:23-sw-0300 DB<br><br>SEALING ORDER<br><br>**UNDER SEAL** |
|---|---|

**ORDER**

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is, hereby ordered sealed until further order of this Court.

Dated:   03/24/2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE