1  PHILLIP A. TALBERT
   United States Attorney
2  JUSTIN LEE
   Assistant United States Attorneys
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700

5  Attorneys for Plaintiff
   United States of America
6

7



8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  In the Matter of the Search of:          CASE NO.  2:23-SW-0300 DB

12  Google Account                           ORDER TO PRECLUDE NOTICE PURSUANT
    californiariverrepair@gmail.com          TO 18 U.S.C. § 2705(b)
13
                                             **<u>UNDER SEAL</u>**
14

15

16                               **<u>ORDER</u>**

17        IT APPEARING that prior notice of this Order to any person of this investigation or this

18  application and Order entered in connection therewith would seriously jeopardize the investigation;

19        IT IS ORDERED that, pursuant to 18 U.S.C. § 2705(b),  GOOGLE, INC shall not disclose the

20  existence of the search warrant, the application, or this Order of the Court, to the listed subscriber or to

21  any other person, until March 1, 2024.

22        The Court determines that there is reason to believe that notification of the existence of the

23  underlying search warrant will seriously jeopardize the investigation or unduly delay a trial, including:

24  giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with

25  evidence, and/or change patterns of behavior.  *See* 18 U.S.C. § 2705(b).

26        IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that GOOGLE, INC shall not

27  disclose the existence of the underlying search warrant, or this Order of the Court, to the listed

28  subscriber or to any other person, unless and until otherwise authorized to do so by the Court, except

ORDER                                     1

1 | that GOOGLE, INC may disclose the search warrant to an attorney for GOOGLE, INC for the purpose

2 | of receiving legal advice.

3 |      IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise

4 | ordered by the Court.

5

6 | Dated:    12/14/2023

       DEBORAH BARNES
7 |        UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER                 2